**Dennis Ray GRAVES, Plaintiff–Appellant,**

v.

**SUPREME COURT OF VIRGINIA, In re Montgomery County Circuit Court, Defendant–Appellee.**

No. 01–6791.

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided July 5, 2001.

Dennis Ray Graves, pro se.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Dennis Ray Graves, a Virginia inmate, appeals two district court orders, the first dismissing his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A(b)(1) (West Supp.2000) for failure to state a claim, and the second denying his motion for reconsideration of the first order. We have reviewed the record and the district court's opinion and orders, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Graves v. Supreme Court of Virginia,* No. CA–01–250–7 (W.D.Va. Apr. 25, 2001 & May 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*